# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 433 WAL 2019

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

ERICA HARRIS, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.